JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE CLARK, BERNIS STARR, ZEHRA SCHNEIDER GRAHAM, THOMAS DEFORGE, JOSEPH MALINIAK, BARRY NESTLE, JENNIE RICHARDSON, and LEAH E. MORSE, On Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>            Defendant. | CIVIL ACTION NO. 2:20-CV-3147 (AB) (MRW)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER TO CONSOLIDATE CASES PURSUANT TO RULE 42(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hon. André Birotte Jr. |
| ROBY PARTOVICH, On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICAN HONDA MOTOR CO., INC.; and HONDA MOTOR, CO. LTD.,<br><br>            Defendants. | CIVIL ACTION NO. 2:20-cv-05670-AB-MRW |

| | |
|---|---|
| JORDAN COLOSIMO and EVAN WAHL, On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>        Defendant. | CIVIL ACTION NO. 2:20-CV-04187-AB-MRW |
| DANIEL ABEL, EWELINA CIULA, MARGUERITE FLOYD, DEBRA HARTZELL, and TASHA WILLIAMS, On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AMERICAN HONDA MOTOR CO., INC., AND DOES 1-10,<br><br>        Defendants. | CIVIL ACTION NO. 2:20-CV-04949-AB-MRW |

Order to Consolidate Pursuant to Rule 42(A) of
the Fed. R. Civ. P.

For good cause shown, the Court approves and **GRANTS** the Stipulation to Consolidate *Clark, et al. v. American Honda Motor Co., Inc.*, 2:20-cv-3147 (the "Clark Action"); *Partovich v. American Honda Motor Company, Inc., et al.*, 2:20-cv-05670-AB-MRW; *Colosimo, et al. v. American Honda Motor Co., Inc.*, 2:20-cv-04187; and *Abel, et al. v. American Honda Motor Co., Inc.*, 2:20-cv-04949 (collectively, the "Related Actions"):

1. Pursuant Federal Rule of Civil Procedure 42(a)(2), the Related Actions are **ORDERED CONSOLIDATED** with the *Clark* Action for all purposes.

2. All future filings and proceedings shall occur in the *Clark* Action, 2:20-cv-3147. The Related Actions (20-cv-05670-AB-MRW, 2:20-cv-04187, and 2:20-cv-04949) are **ORDERED administratively closed**.

3. To the extent not already vacated, any pending deadlines in the Related Actions for AHM to respond to the operative complaint are hereby vacated.

4. Plaintiffs are **ORDERED** to file a Consolidated Class Action Complaint within 30 days of the issuance of this Order. AHM shall file a response thereto within 30 days after Plaintiffs file their Amended Consolidated Class Action Complaint.

**IT IS SO ORDERED.**

Dated: July 22, 2020

_____
HON. ANDRÉ BIROTTE JR.